## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS, INDIANA

| | |
|---|---|
| MICHELE L. MORIARTY, | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO. 1:19-cv-04101-RLY-TAB |
| | ) |
| BELCAN ENGINEERING GROUP, LLC | ) |
|     Defendants. | ) |

### ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to the Joint Stipulation of Dismissal with Prejudice filed by the parties, all claims in the above-captioned matter are hereby dismissed, with prejudice, with each party to bear its own costs, attorney's fees and expenses.

SO ORDERED this 13th day of May 2020.

                                                  RICHARD L. YOUNG, JUDGE
                                                United States District Court
                                                Southern District of Indiana

Distribution List:

Service will be made electronically on all registered counsel of record via email generated by the Court's ECF system.